IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SETH D. HARIS, Acting Secretary of Labor,
United States Department of Labor,

      Petitioner,        ORDER

v.

                     13-cv-017-wmc

GREDE WISCONSIN SUBSIDIARIES, LLC,

      Respondent.

---

  In an order dated February 1, 2013, the court partially granted petitioner's motion to compel compliance. (Dkt. #18.) In that same order, the court allowed (1) petitioner 10 days to file a responsive brief on the scope of its subpoena powers, which was filed, and (2) respondent 7 days to file a reply, if any. Petitioner filed his response on February 11, 2013 (dkt. #19). As the response indicates petitioner's willingness to narrow the scope of its administrative subpoena to "only those portions of the self-audits that relate to the Citation and Notification of Penalty," consistent with the court's February 1 order and respondent has not filed a reply, it would appear that the parties' dispute has been resolved. Accordingly, the court will close this case on March 29, 2013, absent an objection from one of the parties for good cause shown.

  Entered this 21st day of February, 2013.

            BY THE COURT:

            /s/

            _____
            WILLIAM M. CONLEY
            District Judge